PS 42
(2/98)

# United States District Court
## WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE, N. C.

RECEIVED U.S. PROBATION OFFICE JUN 1 2005 ASHEVILLE, NC

FILED JUN 15 2005 U.S. DISTRICT COURT W. DIST. OF N.C.

| United States of America | ) |
|---|---|
| vs | ) |
| Kimberly Jaynes | ) |

Case No. 1:04CR125

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Kimberly Jaynes, have discussed with Robert T. Ferguson, Probation Officer, modification of my release as follows:

The condition of home detention with electronic monitoring is stricken.

I consent to this modification of my release conditions and agree to abide by this modification.

_Kimberly Jaynes_     6/10/05
Signature of Defendant     Date

This Modification Order has been discussed with AUSA Jill Westmoreland Rose, and he/she concurs with my recommendation.

_[signature]_     6/8/05
USPO Robert T. Ferguson     Date

Reviewed and Approved: _Elisabeth F E_     6/8/05
SUSPO Elisabeth F. Ervin     Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____     _____
Signature of Defense Counsel     Date

[X] The above modification of conditions of release is ordered, to be effective on 6-14-05.

[ ] The above modification of release is not ordered.

_[signature]_     6-13-05
Lacy H. Thornburg     Date
U.S. District Judge

cc:    AUSA     Defendant     Defense Attorney     PSI Officer