# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:04CR125

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| KIMBERLY JAYNES ) | |

**THIS MATTER** is before the Court for an order directing the Clerk of Court to disburse the bond posted for the Defendant herein.

The Defendant was arrested on November 4, 2004, and released on a secured bond in the amount $5,000 on January 6, 2005, after she entered a guilty plea to the indictment herein. **See Order, filed December 22, 2004.** The monies were deposited with the Clerk to be held until completion of this case.

Subsequently, on February 8, 2006, the Defendant was sentenced by the undersigned to a 66-month term of imprisonment. The Defendant self-surrendered to the Federal Prison Camp in Lexington, Kentucky, on May

11, 2006, to begin service of her sentence. Since there is no further liability on the bond, the $5,000 should be refunded to the depositor.

**IT IS, THEREFORE, ORDERED** that the Clerk disburse the $5,000 now being held in the Registry Account and that a check be made payable to Beverly Lynn Franklin, and mailed to her at 7309 Old Fort Sugar Hill Road, Marion, North Carolina, 28752.

Signed: August 3, 2006

Lacy H. Thornburg
United States District Judge